IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BYRON COLLUM and MARY COLLUM | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 15-0208-CG-N |
| SOUTHERN SPECIALTY SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Federal Rule of Civil Procedure 72(b) and dated June 2, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiffs' Motion to Remand (Doc. 25) is **DENIED**.

**DONE and ORDERED** this 18th day of June, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE